# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

CODY MICHAEL JOCK, TANNER RILEY
JOCK, JAKE TYLER JOCK, MICHAEL L.
JOCK and COLLEEN FARWELL,as parents
and legal guardians of Cody Michael
Jock, Tanner Riley jock and Jake Tyler
Jock, LAYLA WHITE and CHARLES WHITE
as parents and legal guardian of
Layla Whirte

            vs.

JAMES RANSON, KATHLEEN LAUZON,
EMILY LAUZON, BEN KELLY, STACEY
ADAMS, DARLENE BROCKWAY, ROBERT
DURANT, MARION ELLIOT, JUDITH
STARK, CORRINA BERO individually
and as members of the Salmon River
Central School District Board of
Education, THE SALMON RIVER CENTRAL
SCHOOL DISTRICT BOARD OF EDUCATION,
THE SALMON RIVER CENTRAL SCHOOL
DISTRICT, GLENN R. BELLINGER,
Superintendent of the Salmon River
Central School District, in his official
and individual capacity, IRVING PAPINEAU,
Principal of St. Regis Mohawk School,
JOHN SIMMONS, Principal of Salmon River
Central Schools and JOHN AND JANE DOES 1-10

JUDGMENT IN A CIVIL CASE

**CASE NO.**   7:05cv1108 (TJM)

   \_\_\_\_  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**Page 2**

**IT IS ORDERED AND ADJUDGED** ; that the Plaintiff's motion for partial summary judgment is denied, and Defendants' cross motion and motion for summary judgment are granted and the Complaint is dismissed in its entirety,

AS IN ACCORDANCE with the Honorable Thomas J. McAvoy's Decision and Order filed June 28, 2007.

Dated:  June 28, 2007

LAWRENCE K. BAERMAN
Clerk of the Court

s/P. Aton
By:  Deputy Clerk